In the Matter of DOROTHY H. SCHWARTZ, Appellant, v. ISIDORE BOGEN et al., Constituting the Board of Examiners of the Board of Education of the City of New York, Respondents

Christ, Acting P. J., Rabin, Benjamin, Munder and Nolan, JJ., concur. [48 Misc 2d 792.]